```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

MAYTINEE BIRD, as parent and natural
guardian of H.C. and individually,              22-cv-8049 (JGK)

                Plaintiff,             <u>ORDER</u>

    - against -

DAVID C. BANKS, ET AL.,

                Defendants.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to file a Rule 26(f) report by December 16, 2022.

SO ORDERED.

Dated:    New York, New York
          December 1, 2022

                                          _____
                                              John G. Koeltl
                                        United States District Judge