

HON. SYLVIA O. HINDS-RADIX
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

Marilyn Richter
mrichter@law.nyc.gov
212-356-2083

December 16, 2022

Hon. John G. Koeltl
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl St.
New York, NY 10007

> The 56.1 requirement is waived. The pre-motion requirement is waived. The parties should submit a proposed schedule for the summary judgment motion. So ordered. [signature] 12/16/22
> USDJ

Re:   *Bird et al. v. Banks et al.* 22-cv-8049(JGK)

Your Honor:

      I am an Assistant Corporation Counsel in the office of the Corporation Counsel assigned to represent Defendants David C Banks and the New York City Department of Education in the above referenced matter. I am submitting this letter on behalf of all parties. On December 1, 2022 Your Honor issued an order directing the parties to file a Rule 26(f) report by December 16, 2022. However, the parties are in agreement that no discovery will be necessary in this matter.

      It is also respectfully submitted that, because the inquiry here is not whether there are disputed issues of fact, the Rule 56.1 statements should be waived. While in IDEA actions "the parties and the court typically style the decision as a ruling on a motion for summary judgement, [] 'the procedure is in substance an appeal from an administrative determination, not a summary judgement motion.'" *Bd. Of Educ. v. C.S.,* 990 F.3d 156,165 (2d Cir. 2021)(quoting *M.H. v. N.Y.C. Dep't of Educ.*, 685 F.3d 217,226 (2d Cir. 2012). Because the Parties' motions will be based solely on the administrative record, the parties jointly, and respectfully, request that the Court waive the submission of 56.1 statements.

                                  Sincerely yours,

                                  /s/ Marilyn Richter
                                  Marilyn Richter
                                  Assistant Corporation Counsel