UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MAYTINEE BIRD, ET AL.,

                Plaintiffs,

    - against -

DAVID C. BANKS, ET AL.,

               Defendants.

22-cv-8049 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are reminded that they should submit a proposed briefing schedule for the anticipated motion for summary judgment. The schedule should be provided to the Court by **February 2, 2023**.

    The conference scheduled for **January 26, 2023 at 3:00 p.m.** is canceled.

SO ORDERED.

Dated:    New York, New York
            January 19, 2023

                                                  /s/ John G. Koeltl
                                                John G. Koeltl
                                          United States District Judge