UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――

MAYTINEE BIRD,

              Plaintiff,

    - against -

DAVID C BANKS, ET AL.,

              Defendants.
―――――――――――――――――――――――――――――

22-cv-8049 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The defendants are directed to submit courtesy copies of the fully briefed cross-motions for summary judgment.

SO ORDERED.

Dated:    New York, New York
            May 14, 2023

                                            John G. Koeltl
                                     United States District Judge