UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MAYTINEE BIRD, ET AL.,

        Plaintiffs,      22-cv-8049 (JGK)

  - against -              ORDER

DAVID C. BANKS, ET AL.,

        Defendants.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to appear for oral argument with respect to the motions for summary judgment on **Tuesday, November 21, 2023, at 12:00 p.m,** in Courtroom 14A, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated:    **New York, New York**
            **November 8, 2023**

                                        John G. Koeltl
                              **United States District Judge**