**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
MAYTINEE BIRD, ET AL.,

                Plaintiffs,                22 **CIVIL** 8049 (JGK)

     -against-                             **JUDGMENT**

DAVID C. BANKS, ET AL.,.

                Defendants.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated November 29, 2023, the plaintiff's motion for summary judgment is DENIED, and the defendants' cross motion for summary judgment is GRANTED.

**Dated:** New York, New York
           November 29, 2023

                                                           **RUBY J. KRAJICK**
                                                               **Clerk of Court**

                                   **BY:**
                                                               **Deputy Clerk**